IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02522-RPM

SECURITY NATIONAL INSURANCE COMPANY,

    Plaintiff,

v.

CHARLES MOORE DBA MOORE CONSTRUCTION, an individual, and
COMPASS ACQUISITION PARTNERS, DBA WILLOW CREEK APTS, LLC

    Defendants.
_____

ORDER FOR NAME CHANGE
_____

    Pursuant to the hearing today, Defendant Compass Acquisition Partners' Motion for Leave to Amend to correct its name to Willow Park Apts, LLC, (Doc. 17), is granted.

    Dated:   August 10th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge