**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:  April 15, 2016
Courtroom Deputy:  Bernique Abiakam
FTR Technician:     Kathy Terasaki

Civil Action No.: 14-cv-02522-RPM

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a Delaware company, | Melissa A. Wiese |
| Plaintiff, | |
| v. | |
| CHARLES MOORE dba MOORE CONSTRUCTION, an individual, and WILLOW PARK APTS, LLC, | Eric E. Torgersen Rick N. Haderlie |
| Defendants. | |

**COURTROOM MINUTES**

**Motions Hearing**

**9:55 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

Argument heard on Doc. Nos. 24, 25, 32, and 35.

10:03 a.m.    Argument by Mr. Torgersen.  Questions by the Court.

10:11 a.m.    Argument by Ms. Wiese.  Questions by the Court.

10:16 a.m.    Argument by Mr. Haderlie.  Questions by the Court.

Comments and rulings by the Court.

**ORDERED:** Motion For Entry Of Default Judgment (Filed 8/19/2015; Doc. No. 24) is DENIED.

**ORDERED:** Defendant Willow Park's Motion For Reconsideration, Opposition To Plaintiff's Motion For Default Judgment, and Motion To Dismiss or Stay (Filed 8/25/15; Doc. No. 25) is GRANTED and is reinstated as a Defendant.

**ORDERED:** **Defendant Charles Moore's Motion To Vacate Default And For Leave To Respond To Complaint Out Of Time (Filed 3/22/16; Doc. No. 32) is GRANTED.**

**ORDERED:** **Defendant Charles Moore's Motion To Stay Action Pending Conclusion Of The Underlying Litigation (Filed 3/24/16; Doc. No. 35) is GRANTED.**

**10:22 a.m.** **Court in recess.** Hearing concluded. Total time: 27 minutes.