IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02522-RPM

SECURITY NATIONAL INSURANCE COMPANY,

    Plaintiff,

v.

CHARLES MOORE DBA MOORE CONSTRUCTION and
WILLOW PARK APTS, LLC,

    Defendants.

_____

## ORDERS
_____

Pursuant to the hearing held today, it is

ORDERED AS FOLLOWS:

1. The plaintiff's Motion for Entry of Default Judgment (Doc. 24) is denied.

2. The Motion to Vacate Default and for leave to Response to Complaint filed by Charles Moore, DBA Moore Construction (Doc. 32) is granted.

3. The Motion for Reconsideration by defendant Willow Park Apts, LLC,(Doc. 25) is granted and it is reinstated as a defendant.

4. The Motion to Stay Pending Conclusion of Underlying Litigation (Doc. 35) is granted.

This action is now stayed as to all proceedings until further order of court.

Dated: April 15th, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge